Burnett v Allen (2023 NY Slip Op 04001)

Burnett v Allen

2023 NY Slip Op 04001

Decided on July 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., PERADOTTO, BANNISTER, MONTOUR, AND GREENWOOD, JJ.

312 CA 22-01332

[*1]ROBERT T. BURNETT, PLAINTIFF-RESPONDENT,
v
DESTINI ALLEN, BRIAN J. SMITH AND J & L JANITORIAL SERVICES, INC., DOING BUSINESS AS K & K JANITORIAL SERVICE, DEFENDANTS-APPELLANTS. (APPEAL NO. 1.) 

HAGELIN SPENCER LLC, BUFFALO (LAURA B. GARDINER OF COUNSEL), FOR DEFENDANT-APPELLANT DESTINI ALLEN.
SMITH, SOVIK, KENDRICK & SUGNET, P.C., WILLIAMSVILLE (ALAN J. BEDENKO OF COUNSEL), FOR DEFENDANTS-APPELLANTS BRIAN J. SMITH AND J & L JANITORIAL SERVICES, INC., DOING BUSINESS AS K & K JANITORIAL SERVICE. 
ANDREWS, BERNSTEIN, MARANTO & NICOTRA, PLLC, BUFFALO (ANTHONY IACONO OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

 Appeals from an order of the Supreme Court, Erie County (Lynn W. Keane, J.), entered July 29, 2022. The order, among other things, granted in part the cross-motion of plaintiff for summary judgment. 
It is hereby ORDERED that said appeals are unanimously dismissed without costs (see Matter of Eric D . [appeal No. 1], 162 AD2d 1051, 1051 [4th Dept 1990]).
Entered: July 28, 2023
Ann Dillon Flynn
Clerk of the Court